

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

February 25, 1972

Hon. James U. Cross
Executive Director
Texas Parks & Wildlife Dept.
John H. Reagan Bldg.
Austin, Texas   78701

Opinion No. M-1080

Re:  Authority of the Parks
and Wildlife Dept. to
commission persons not
employed by the Depart-
ment as non-salaried
game wardens, granting
to them law enforcement
powers as to the game
and fish laws, and

Dear Mr. Cross:

related question.

This is in response to the following inquiry from your
office:

"Does the Parks and Wildlife Commission or the
Executive Director have the statutory authority to
commission persons not employed by the Parks and Wildlife
Department as non-salaried game wardens, granting to such
persons law enforcement powers to enforce game and fish
laws?"

Article 978f-3a, §3, Vernon's Annotated Penal Code, states
in pertinent part:

". . . Such Executive Director shall have authority to
appoint such heads of divisions, game and fish wardens,
park managers, and other employees as may be authorized
by appropriations therefor and as may be deemed necessary
for executing, administering and carrying out the duties
and services authorized by law to be performed by the
Parks and Wildlife Commission and the Parks and Wildlife
Department. . ."  (Emphasis added.)

We find no other authority for the appointment of game
wardens, and an examination of the current Appropriations Act
reveals no provision for the appointment of any number of non-
salaried game wardens.  Even if provided in the Appropriation
Bill, it would still be necessary to have a pre-existing law
to support the appropriation.

-5286-

It is therefore the opinion of this office that your department is not authorized to appoint any game wardens, salaried or otherwise, except those authorized by the current Appropriations Act.

### S U M M A R Y

Neither the Parks and Wildlife Commission nor the Executive Director has any statutory authority to commission persons not employed by the Parks and Wildlife Department as non-salaried game wardens, granting to such persons law enforcement powers to enforce game and fish laws.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Howard M. Fender
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Kenneth Nordquist
Jack Traylor
Harold Kennedy
Z. T. Fortescue

SAMUEL D. MCDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant